IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01042-ZLW

PETER P. MAUCHLIN,

    Plaintiff,

v.

ROBERT A. HOOD, Warden,
R. MADISON, Correctional Counselor,
N. FIELDS, Adm. Remedy Coordinator,
MICHAEL K. NALLEY, Regional Director, and
HARRELL WATTS, Adm. of National Appeals (Adm. Remedys [sic]),

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 19 2005

GREGORY C. LANGHAM
CLERK

## ORDER STRIKING LETTERS

This matter is before the Court on the Letters Plaintiff Peter P. Mauchlin submitted to the Court on September 6 and 12, 2005. Despite the pending appeal, the Court retains jurisdiction over Plaintiff's Letters to the extent the Letters pertain to "'collateral matters not involved in the appeal.'" *See Lancaster v. Independent School Dist. No. 5*, 149 F.3d 1228, 1237 (10th Cir. 1998) (quoting *Garcia v. Burlington Northern R. Co.*, 818 F.2d 713, 721 (10th Cir. 1987).

Both Letters, which contain impertinent and scandalous matters, will not be addressed and are ordered stricken from the Court's docketing records pursuant to Rule 12(f) of the Federal Rules of Civil Procedure.

To the extent the September 12 Letter addresses any issues for reconsideration of the Court's August 29, 2005, dismissal, the Court lacks jurisdiction, as a Notice of Appeal currently is pending.

DATED at Denver, Colorado, this  16  day of  Sept - , 2005.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  05-cv-01042-ZLW

Peter P. Mauchlin
Reg. No. 71743-158
ADX – Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 9/19/05

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk